UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SEAN RYAN TOM,

                Petitioner,

v.

STATE OF NEVADA, *et al.*,

                Respondents.

Case No. 3:25-cv-00541-ART-CLB

ORDER

*Pro se* Petitioner Sean Ryan Tom has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) However, Tom has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court.

The Court may authorize an indigent inmate to begin a habeas action without paying the $5.00 fee if he or she submits an IFP application on the approved form and includes three documents: (a) the inmate's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the inmate and an authorized prison official, and (c) a copy of the inmate's account statement for the six-month period prior to filing. *See* 28 U.S.C. § 1915(a), LSR 1-1, LSR 1-2. Tom's IFP application does not include the latter two documents. ECF No. 1.

Accordingly, Tom will have 45 days from the date of this order to either pay the $5.00 filing fee or submit a complete IFP application with all required documentation.

It is therefore ordered that the initial screening of Petitioner Sean Ryan Tom's petition for writ of habeas corpus (ECF No. 1-1) under the Rules

1

Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

It is further ordered that within 45 days of the date of this order, Tom must file an IFP application that includes a: (a) financial certificate signed by Tom and an authorized prison official, (b) financial declaration and acknowledgement signed by Tom, and (c) copy of Tom's inmate account statement for the six-month period prior to filing. Alternatively, Tom must pay the $5.00 filing fee within 45 days. If Tom decides to pay the filing fee from his inmate account, Tom must arrange to have a copy of this order attached to the check for the filing fee. Tom's failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.

DATED THIS 6th day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE