UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SEAN RYAN TOM,

Petitioner,

v.

STATE OF NEVADA, *et al.*,

Respondents.

Case No. 3:25-cv-00541-ART-CLB

ORDER

This action is a petition for a writ of habeas corpus under 28 U.S.C. § 2254 brought by Sean Ryan Tom, a Nevada prisoner. The court has reviewed Tom's petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and finds that it merits service upon the respondents. With his petition, Tom also filed a motion for appointment of counsel that the court grants for reasons that follow.  Respondents are not required respond to Tom's initial petition because the court anticipates that, with counsel, Tom will likely file an amended petition.

"Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations." *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam). The court may, however, appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases. The complexity of the issues and the severity of the sentence are relevant factors in deciding whether the interests of justice warrant appointment of counsel. *Chaney*, 801 F.2d at 1196. Here, Tom stands convicted of sexual assault of a minor under sixteen years of age and is serving a sentence of 25 years to life. ECF No. 5 at 2. It also appears likely that there will be relatively complex issues

1

to be addressed in this case that Tom may not be able to adequately litigate without counsel. Thus, the court finds that appointment of counsel is in the interests of justice.

IT IS THEREFORE ORDERED that Clerk is directed to ELECTRONICALLY SERVE the petition for writ of habeas corpus (ECF No. 5) and a copy of this order on the respondents.

IT IS FURTHER ORDERED that the Clerk shall add Aaron D. Ford, Attorney General of the State of Nevada, as counsel for respondents, and provide respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the AG only.

IT IS FURTHER ORDERED that respondents shall have 20 days from the date on which the petition is served upon them to appear in this action. Respondents will not be required to respond to the habeas petition at this time.

IT IS FURTHER ORDERED that Clerk is directed to file Tom's motion for appointment of counsel (ECF No. 1-2) as an independent docket entry. The motion for appointment of counsel is GRANTED. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner. If the FPD is unable to represent the petitioner, due to a conflict of interest or other reason, then alternate counsel will be appointed. In either case, counsel will represent the petitioner in all federal-court proceedings relating to this matter, unless allowed to withdraw.

IT IS FURTHER ORDERED that the Clerk shall ELECTRONICALLY SERVE upon the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus.

IT IS FURTHER ORDERED that the FPD shall have 20 days from the date of entry of this order to file a notice of appearance, or to indicate to the court its inability to represent the petitioner in this case.

IT IS FURTHER ORDERED that the court will establish a schedule for

2

further proceedings after counsel appear for the petitioner and the respondents.

DATED THIS 17th day of January, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE