UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SEAN RYAN TOM,

Petitioner,

v.

STATE OF NEVADA, et al.,

Respondents.

Case No. 3:25-cv-00541-ART-CLB

**EXTENSION ORDER**

This habeas matter is before the Court on Petitioner Sean Ryan Tom's first unopposed motion for a 52-day extension of time to file an amended petition. ECF No. 11. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

It is therefore ordered that the unopposed motion for an extension of time (first request) (ECF No. 11) is granted. Petitioner has through August 20, 2026, to file an amended petition.

DATED THIS 9th day of July 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE